# UNDER SEAL

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08CR35

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>YANETH MARTINEZ )<br>) | **ORDER UNSEALING<br>INDICTMENT** |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an Order unsealing the Bill of Indictment and file documents in this case; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation;

NOW, THEREFORE, IT IS ORDERED that the Superseding Bill of Indictment and file documents in the above-captioned case be unsealed.

SO ORDERED this the 30th day of June, 2008.

DAVID C. KESSLER
UNITED STATES MAGISTRATE JUDGE